FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY - 2 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 2:06cr120-MHT |
| v. | ) [18 USC § 922(g)(1)] |
| | ) |
| MARK ALLEN CARTER | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 28, 2005, in Montgomery, within the Middle District of Alabama, the defendant,

**MARK ALLEN CARTER,**

having been convicted on or about November 11, 1988, in the Circuit Court of Montgomery County, Alabama, of Robbery Second Degree, case number CC-88-1776, a felony under the laws of the State of Alabama, for which he was sentenced to serve a term of imprisonment in excess of one year, did thereafter knowingly possess in and affecting commerce, a firearm, to-wit: a Charter Arms, Bulldog, .44 Special Revolver, Serial Number 243295, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

**MARK ALLEN CARTER,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of

this offense, including but not limited to the following:

**A Charter Arms, Bulldog, .44 Special Revolver, Serial Number 243295,**

C.     If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred, sold to, or deposited with a third person;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or,

(5)     has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_Jayne D Gilbert_
Foreperson

_Leura␣G.␣Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY

_John T. H._
JOHN T. HARMON
Assistant United States Attorney

_Tommie Brown Hardwick_
TOMMIE BROWN HARDWICK
Assistant United States Attorney