| | |
|---|---|
| **COURTROOM DEPUTY MINUTES**<br>**MIDDLE DISTRICT OF ALABAMA** | **DATE:** May 10, 2006<br>**DIGITAL RECORDING:** 2:06 - 2:13 |

- √ **INITIAL APPEARANCE**
- ❐ **DETENTION HEARING**
- ❐ **REMOVAL HEARING (R.40)**
- √ **ARRAIGNMENT**
- ❐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 2:06cr120-MHT  **DEFT. NAME:** Mark Allen Carter

**USA:** Tommie Brown Hardwick  **ATTY:** Michael J. Petersen

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** Tamara Martin

**Defendant** _____ does √ does NOT need an interpreter; NAME _____

---

- √ **Kars.** Date of Arrest **5/10/06** or ❐ karsr40
- √ **kia.** Deft. First Appearance. Advised of rights/charges. ❐Pro/Sup Rel Violator
- √ **Finaff.** Financial Affidavit executed ❐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
- √ **koappted** **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ❐ **20appt.** Panel Attorney Appointed; ❐ to be appointed - prepare voucher
- ❐ Deft. Advises he will retain counsel. Has retained _____
- ❐ Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❐ To be followed by written motion;
- √ Government's **WRITTEN** Motion for Detention Hrg. filed.
- √ **DETENTION HRG** ❐ held; √ set for **5/12/06 @ 2:00p.m.** ; ❐ **Prelim. Hrg** ❐ Set for _____
- ❐ **kotempdtn.** **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ❐ **kodtn.** **ORDER OF DETENTION PENDING TRIAL** entered
- ❐ **kocondrls.** Release order entered. ❐ Deft. advised of conditions of release.
- ❐ **kbnd.** ❐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  - ❐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ❐ **Loc.(LC)** Bond **NOT** executed. Deft to remain in Marshal's custody
- ❐ **ko.** Deft. **ORDERED REMOVED** to originating district
- ❐ **kwvprl.** Waiver of ❐ Preliminary hearing; ❐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ❐ Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- √ **Karr.** **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
  - √ **Trial Term** **8/7/06** ; √ **PRETRIAL CONFERENCE DATE:** 6/2/06
  - √ **DISCOVERY DISCLOSURES DATE:** 5/12/06
- ❐ **Krmknn.** **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ❐ **krmvhrg.** Identity/Removal Hearing set for _____
- √ **Kwvspt** **Waiver of Speedy Trial Act Rights Executed.**