IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr120-MHT |
| | ) | |
| MARK ALLEN CARTER | ) | |

**ORDER ON MOTION**

For good cause,

It is  ORDERED that the Government's  Motion  for Detention Hearing filed 10 May 2006 (Doc #4) is set for a hearing on 12 May 2006 at 2:00 p.m.  in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s)  shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 12th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE