## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 5/12/06           DIGITAL RECORDING: 1:57 - 2:15

DATE COMPLETED: 5/12/06

USA                                           *

vs                                            *       2:06cr120-MHT

MARK ALLEN CARTER                             *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * | Michael Petersen |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS:    DETENTION HEARING

| Description | 2:06cr120-MHT: USA vs. Mark Allen Carter: Detention Hearing | |
|---|---|---|
| Date | 5/12/2006 | Location: Courtroom 5A |

| Time | Speaker | Note |
|---|---|---|
| 1:57:55 PM | Court | Convenes |
| 1:58:45 PM | Government | Calls James Alston as witness; Witness testifies |
| 2:07:55 PM | Defendant | Questions Witness |
| 2:09:19 PM | Court | Questions Witness |
| 2:10:13 PM | Government | Rest with stipulations found in the presentence report |
| 2:10:56 PM | Defendant | Proffers Defendant's Father willing to serve as custodian for defendant |
| 2:12:37 PM | Court | Concludes defendant should be remanded to the Custody of the USMS |
|  |  | **RECESS** |