| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 6/2/06 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:39 - 9:41 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:06cr120-MHT   **DEFENDANT(S):** Mark Allen Carter

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Brown Hardwick | * * * * * | Christine Freeman |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   None

☐ **PLEA STATUS:**   Likely Plea

☐ **TRIAL STATUS**   1 Day

Trial Term 8/7/06

☐ **REMARKS:**   Plea Date 8/2/06