MIDDLE DISTRICT OF ALABAMA          COURT REPORTER:   Mitchell Reisner

❏**ARRAIGNMENT**          x**CHANGE OF PLEA**          ❏**CONSENT PLEA**

❏**RULE 44(c) HEARING**          ❏**SENTENCING**

---

**PRESIDING MAG. JUDGE:** _Vanzetta Penn McPherson_          **DEPUTY CLERK:** _WANDA ROBINSON_

**CASE NUMBER:** _2:06cr120-MHT_          **DEFENDANT NAME:** _Mark Allen Carter_

**AUSA:** _Tommie Brown Hardwick_          **DEFENDANT ATTY:** _Donnie Bethel_

Type Counsel:    ( ) Waived;  ( ) Retained;   ( ) Panel CJA;  (X) CDO

**USPO:** _Jo Ann Sellers_

**De fendant** _____ **does** _____x_____ **does NOT need and interpreter.**

**Interpreter present?** __x_____**NO** _____**YES**   **Name:** _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty                              ❏Nol Contendere

❏Not Guilty by reason of insanity

xGuilty as to:

xCount(s)_____1_____   of the Felony Indictment.

❏Count(s) _____   ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X— ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  ❏ Sentencing on _____   ❏_____Bond   ❏ to be set by Separate Order

X — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  x Sentencing  to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.