IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:06cr120-MHT |
| | ) | |
| MARK ALLEN CARTER | ) | |

**UNITED STATES' MOTION FOR REDUCTION
FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1. On May 2, 2006, an Indictment was filed against the Defendant.

2. The Defendant notified the United States of Defendant's intent to plead guilty in sufficient time to qualify for an additional one point offense level reduction. The Defendant pled guilty to the Indictment on July 21, 2006.

3. Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 6th day of October, 2006.

                                                LEURA G. CANARY  
                                                UNITED STATES ATTORNEY

                                                /s/Tommie Brown Hardwick  
                                                TOMMIE BROWN HARDWICK  
                                                One Court Square, Suite 201  
                                                Montgomery, AL 36104  
                                                Phone: (334) 223-7280  
                                                Fax: (334) 223-7135  
                                                E-mail: tommie.hardwick@usdoj.gov  
                                                ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr120-MHT |
| | ) | |
| MARK ALLEN CARTER | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Donnie W. Bethel, Esquire.

                                          Respectfully submitted,

                                          /s/Tommie Brown Hardwick
                                          TOMMIE BROWN HARDWICK
                                          One Court Square, Suite 201
                                          Montgomery, AL 36104
                                          Phone: (334)223-7280
                                          Fax: (334)223-7135
                                          E-mail: tommie.hardwick@usdoj.gov
                                          ASB4152 W86T