# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED  October 12, 2006             AT  3:23   A.M./P.M.

DATE COMPLETED  October 12, 2006             AT  3:33   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06-cr-120-MHT
        VS.

MARK ALLEN CARTER

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Tommie B. Hardwick | X | Atty Donnie W. Bethel |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green | Tashwanda Pinchback, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 3:23 p.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Court accepts plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for reduction in criminal offense level. |
| 3:33 p.m. | Hearing concluded. |