IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr120-T |
| | ) | |
| MARK ALLEN CARTER | ) | |

<u>MOTION TO ADD PUBLICATION DATES TO RECORD</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on October 12, 19 and 26, 2006, regarding the subject forfeiture action.

Respectfully submitted this 17th day of October, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2006, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Brown Hardwick** and **Donnie Bethel.**

        Respectfully submitted,

        /s/John T. Harmon
        John T. Harmon
        Assistant United States Attorney
        Office of the United States Attorney
        Middle District of Alabama
        One Court Square, Suite 201 (36104)
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        Telephone:(334) 223-7280
        Facsimile:(334) 223-7560