IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )       2:06cr120-MHT
MARK ALLEN CARTER             )

ORDER

It is ORDERED that the amended motion to add publication dates to record (doc. no. 29) is granted.

DONE, this the 18th day of October, 2006.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE